```
                                        FILED
                                   08 JUN 11 PM 3:54

                                   CLERK, U.S. DISTRICT COURT
                                   SOUTHERN DISTRICT OF CALIFORNIA

                                   BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury    08 CR 1912 L

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. _____ |
| Plaintiff, ) | I N D I C T M E N T |
| v. ) | Title 8, U.S.C., |
| ARMANDO RAMIREZ-ALVAREZ, ) | Sec. 1324(a)(2)(B)(ii) - Bringing in Illegal Aliens for Financial Gain; Title 8, U.S.C., |
| Defendant. ) | Sec. 1324(a)(1)(A)(ii) - Transportation of Illegal Aliens |

The grand jury charges:

Count 1

On or about May 30, 2008, within the Southern District of California, defendant ARMANDO RAMIREZ-ALVAREZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Arturo Alcantar-Duarte, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii).

//

//

CEM:fer:Imperial
6/9/08

<u>Count 2</u>

On or about May 30, 2008, within the Southern District of California, defendant ARMANDO RAMIREZ-ALVAREZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Arturo Alcantar-Duarte, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

<u>Count 3</u>

On or about May 30, 2008, within the Southern District of California, defendant ARMANDO RAMIREZ-ALVAREZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Aron Palacios-Castillos, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii).

//
//
//
//
//
//
//
//
//

Count 4

On or about May 30, 2008, within the Southern District of California, defendant ARMANDO RAMIREZ-ALVAREZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Aron Palacios-Castillos, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

DATED: June 11, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CALEB E. MASON
Assistant U.S. Attorney