# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,   )
                )
      Plaintiff     )   CRIMINAL NO. _O8CR1912-L_
                )        _O8MJ8490_
                )      ORDER
      vs.         )
                )   RELEASING MATERIAL WITNESS
                )
Armando Ramirez-Alvarez   )
                )   Booking No.
      Defendant(s)  )
                )

On order of the United States District/<u>Magistrate Judge</u>,     **NITA L. STORMES**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Aron Palacios-Castillos.

DATED: _6-17-08_

**NITA L. STORMES**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
         DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
      Deputy Clerk

**G. PERRAULT**