```
 1  KAREN P. HEWITT
    United States Attorney
 2  CHRISTOPHER P. TENORIO
    Assistant U.S. Attorney
 3  California State Bar No. 166022
    880 Front Street, Room 6293
 4  San Diego, California 92101-8893
    Telephone: (619) 557-7843/(619) 557-7381 (Fax)
 5  Email: Christopher.Tenorio@usdoj.gov

 6  Attorneys for Plaintiff
    United States of America
 7
```

8                      UNITED STATES DISTRICT COURT

9                     SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,      )  CRIMINAL CASE NO. 08CR1912-L
                                   )  HON. M. JAMES LORENZ
11                     Plaintiff,  )  COURTROOM 14
                                   )
12           v.                    )  **NOTICE OF APPEARANCE**
                                   )
13  ARMANDO RAMIREZ-ALVAREZ,       )
                                   )
14                     Defendant.  )
                                   )
15  ─────────────────────────────

16  TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17     I, the undersigned attorney, enter my appearance as lead counsel

18  in the above-captioned case.  I certify that I am admitted to

19  practice in this court or authorized to practice under CivLR

20  83.3.c.3-4.

21     Please call me if you have any questions about this notice.

22     DATED:   June 18, 2008

23                                      Respectfully submitted,

24                                      KAREN P. HEWITT
                                        United States Attorney
25

26                                       s/ *Christopher P. Tenorio*
                                        CHRISTOPHER P. TENORIO
27                                      Assistant U.S. Attorney

28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ARMANDO RAMIREZ-ALVAREZ, )<br>)<br>Defendant. )<br>_____ ) | Case No. 08CR1912-L<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, CHRISTOPHER P. TENORIO, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I am not a party to the above-entitled action. I have caused service of **NOTICE OF APPEARANCE** on the defendant's attorney by electronically filing the foregoing with the Clerk of the District Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 18, 2008

s/ *Christopher P. Tenorio*
CHRISTOPHER P. TENORIO
Assistant U.S. Attorney

2