UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) Plaintiff ) | CRIMINAL NO. 08CR1912 |
| ) | ORDER |
| vs. ) | |
| ) | RELEASING MATERIAL WITNESS |
| ARMANDO RAMIREZ- ) ALVAREZ ) | Booking No. |
| Defendant(s) ) | |

On order of the United States District/Magistrate Judge,   **LOUISA S. PORTER**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

ARTURO ALCANTAR-DUARTE

DATED: 6/26/08

LOUISA S. PORTER

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____   OR
DUSM

W. SAMUEL HAMRICK, JR.   Clerk

by _____ Deputy Clerk