1  KAREN P. HEWITT
   United States Attorney
2  CHRISTOPHER P. TENORIO
   Assistant U.S. Attorney
3  California State Bar No. 166022
   880 Front Street, Suite 6293
4  San Diego, California  92101-8893
   Telephone: (619) 557-7843
5  Christopher.Tenorio@usdoj.gov

6  Attorneys for Plaintiff
   United States of America
7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,        )  **NOTICE OF GOVERNMENT'S MOTION**
                                    )     **FOR RECIPROCAL DISCOVERY**
11                  Plaintiff,      )
                                    )  CASE NO.   08CR1912-L
12      v.                          )  JUDGE:     HON. M. JAMES LORENZ
                                    )  COURT:     COURTROOM 12
13 ARMANDO RAMIREZ-ALVAREZ,         )  DATE:      August 18, 2008
                                    )  TIME:      2:00 p.m.
14                  Defendant.      )
                                    )  TOGETHER WITH MEMORANDUM OF
15                                  )  POINTS AND AUTHORITIES
                                    )
16

17      COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through

18 its counsel, Karen P. Hewitt, United States Attorney, and Christopher

19 P. Tenorio, Assistant United States Attorney, and hereby files notice

20 of its motion for reciprocal discovery.

21      DATED: July 22, 2008
                                       Respectfully submitted,
22
                                       KAREN P. HEWITT
23                                     United States Attorney

24                                      *s/Christopher P. Tenorio*
                                       CHRISTOPHER P. TENORIO
25                                     Assistant U.S. Attorney

26

27

28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | **CERTIFICATE OF SERVICE** |
|---|---|---|
| Plaintiff, | ) | CASE NO.  08CR1912-L |
| | ) | JUDGE:    HON. M. JAMES LORENZ |
| v. | ) | COURT:    COURTROOM 12 |
| ARMANDO RAMIREZ-ALVAREZ, | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED that:

I, CHRISTOPHER P. TENORIO, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **NOTICE OF GOVERNMENT'S MOTION FOR RECIPROCAL DISCOVERY** on Defendant's attorney by electronically filing the foregoing with the Clerk of the District Court using its ECF System. I declare under penalty of perjury that the foregoing is true and correct. Executed on July 22, 2008

Respectfully submitted,

*s/Christopher P. Tenorio*
CHRISTOPHER P. TENORIO
Assistant U.S. Attorney

08CR1912-L

```
 1  KAREN P. HEWITT
    United States Attorney
 2  CHRISTOPHER P. TENORIO
    Assistant U.S. Attorney
 3  California State Bar No. 166022
    880 Front Street, Suite 6293
 4  San Diego, California  92101-8893
    Telephone: (619) 557-7843
 5  Christopher.Tenorio@usdoj.gov

 6  Attorneys for Plaintiff
    United States of America
 7
 8                  UNITED STATES DISTRICT COURT

 9                  SOUTHERN DISTRICT OF CALIFORNIA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **GOVERNMENT'S MOTION FOR** |
| | ) | **RECIPROCAL DISCOVERY** |
| Plaintiff, | ) | |
| | ) | CASE NO.  08CR1912-L |
| v. | ) | JUDGE:    HON. M. JAMES LORENZ |
| | ) | COURT:    COURTROOM 12 |
| ARMANDO RAMIREZ-ALVAREZ, | ) | DATE:     August 18, 2008 |
| | ) | TIME:     2:00 p.m. |
| Defendant. | ) | |
| | ) | TOGETHER WITH MEMORANDUM OF |
| | ) | POINTS AND AUTHORITIES |
| | ) | |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Christopher P. Tenorio, Assistant United States Attorney, and hereby files its motion for reciprocal discovery. Said motion is based upon the files and records of the case, together with the attached Memorandum of Points and Authorities.

//
//
//
//
//
//

**I.**

**INTRODUCTION**

The Government incorporates by reference its Statement of Facts provided in its Response in Opposition to Defendant's Motions, filed under separate cover.

**II.**

**THE GOVERNMENT IS ENTITLED TO RECIPROCAL DISCOVERY**

**A.   THE GOVERNMENT IS ENTITLED TO RULE 16(B) DISCOVERY**

The Defendant has invoked Federal Rule of Criminal Procedure 16(a)(1), (C) and (D) in his motion for discovery and the Government has voluntarily complied with the requirements of those rules. Thus, pursuant to Rule 16(b), the Government is entitled to certain reciprocal discovery.  Under Rule 16(b)(1)(A):

> If the defendant requests disclosure under subdivision (a)(1)(C) or (D) of this rule, upon compliance with such request by the Government, the defendant, on request of the government, shall permit the Government to inspect and copy or photograph books, papers, documents, photographs, tangible objects, or copies or portions thereof, which are within the possession, custody, or control of the defendant and which the defendant intends to introduce as evidence-in-chief at the trial.
>
> If the defendant requests disclosure under subdivision (a)(1)(C) or (D) of this rule, upon compliance with such request by the Government, the defendant, on request of the Government, shall permit the Government to inspect and copy or photograph any results or reports of physical or mental examinations and of scientific tests or experiments made in connection with the particular case, or copies thereof, within the possession or control of the defendant, which the defendant intends to introduce as evidence in chief at the trial or which were prepared by a witness whom the defendant intends to call at the trial when the results or reports relate to his testimony.

Fed. R. Crim. P. 16(b)(1)(A).

The Government, pursuant to Rule 16(b), hereby requests the Defendant to permit the Government to inspect, copy, and photograph

1 any and all books, papers, documents, photographs, tangible objects,
2 or make copies of portions thereof, which are within the possession,
3 custody or control of the Defendant and which he intends to introduce
4 as evidence in his case-in-chief at trial.

5 The Government further requests permission to inspect and copy
6 or photograph any results or reports of physical or mental
7 examinations and of scientific tests or experiments made in connection
8 with this case, which are in the possession or control of the
9 Defendant, which he intends to introduce as evidence-in-chief at the
10 trial or which were prepared by a witness whom the Defendant intends
11 to call as a witness.  The Government also requests that the court
12 make such orders as it deems necessary under Rule 16(d)(1) and (2) to
13 ensure that the Government receives the discovery to which it is
14 entitled.

15 **B.    THE GOVERNMENT IS ENTITLED TO RULE 26.2 DISCOVERY**

16 Federal Rule of Criminal Procedure 26.2 requires the production
17 of prior statements of all witnesses, except defendants.  The rule
18 requires reciprocal production of Jencks statements, stating in
19 relevant part:

20 > After a witness other than the defendant has testified on
> direct examination, the court, on motion of a party who did
21 > not call the witness, shall order the attorney . . . to
> produce, for the examination and use of the moving party,
22 > any statement of the witness that is in their possession
> and that relates to the subject matter concerning which the
23 > witness has testified.

24 Fed. R. Crim. P. 26.2(a).

25 Consistent with the Jencks Act, Rule 26.2 requires witnesses'
26 statements to be submitted after the witnesses have testified.
27 Therefore, the Government hereby requests that Defendant be ordered
28 to supply all prior statements of defense witnesses on or before a

1 date sufficiently prior to the trial to enable preparation for use at
2 trial.  The Court should order Defendant to produce all such
3 statements regardless of their form, including but not limited to tape
4 recordings, handwritten, and typed notes and reports.

## III.

## CONCLUSION

Based on the foregoing, the Court should grant the Government's motion for reciprocal discovery.

DATED: July 22, 2008

                                Respectfully submitted,

                                KAREN P. HEWITT
                                United States Attorney

                                *s/Christopher P. Tenorio*
                                CHRISTOPHER P. TENORIO
                                Assistant U.S. Attorney

1
2
3
4
5
6
7

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| Plaintiff, | ) | CASE NO.  08CR1912-L |
| | ) | JUDGE:    HON. M. JAMES LORENZ |
| v. | ) | COURT:    COURTROOM 12 |
| | ) | |
| ARMANDO RAMIREZ-ALVAREZ, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED that:

I, CHRISTOPHER P. TENORIO, am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action.  I have caused service of **GOVERNMENT'S MOTION FOR RECIPROCAL DISCOVERY** on Defendant's attorneys by electronically filing the foregoing with the Clerk of the District Court using its ECF System.  I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 22, 2008

                                        Respectfully submitted,

                                        *s/Christopher P. Tenorio*
                                        CHRISTOPHER P. TENORIO
                                        Assistant U.S. Attorney

08CR1912-L